STATE, Respondent, v. ECKHART et al., Appellants.

(165 N. W. 538.)

(File No. 4283.   Opinion filed December 13, 1917.)

Appeal from Circuit Court, Sully County. Hon. JOHN F. HUGHES, Judge.

Action by the State of South Dakota, against A. D. Eckhart, The First State Bank, and J. A. Gropengeiser, to foreclose con-

tracts of purchase of state school lands. From a judgment for the state, defendants appeal. Affirmed.

*W. F. Bruell,* for Appellants.

*J. H. Gropengeiser, and Byron S. Payne,* for the State.

McCOY, J. The questions for determination in this case being identical with those in State v. Darling, 165 N. W. 536, opinion in which case is rendered and filed this date, the holdings in that case must therefore govern in this.

The order appealed from is affirmed.